

**U.S. Department of Justice**
Environment and Natural Resources Division
Environmental Enforcement Section

90-5-1-1-11008/2

*P.O. Box 7611*                                                                                    *Telephone (202) 514-3211*
*Washington, D.C. 20044*

June 2, 2020

Alida C. Hainkel
Carl D. Rosenblum
Lauren C. Mastio
Taylor Katherine Wimberly
JONES WALKER LLP
201 St. Charles Avenue, 49th Floor
New Orleans, LA  70170
ahainkel@joneswalker.com
crosenblum@joneswalker.com
lmastio@joneswalker.com
twimberly@joneswalker.com

Nicholas Martin DePalma
VENABLE LLP
8010 Towers Crescent Drive Suite 300
Tysons Corner, VA  22182-2707
nmdepalma@venable.com

<u>Sent via email and Federal Express</u>

Re: Pre-filing Notice of Claims against Taylor Energy Company,
LLC regarding Oil Pollution Act and Clean Water Act

Dear Counsel:

This letter is to notify you that the U.S. Department of Justice is prepared to file claims on behalf of the United States Coast Guard ("Coast Guard") against Taylor Energy Company, LLC ("Taylor Energy") related to the ongoing discharge of oil from the area leased and involving the oil and gas production facility owned and operated by Taylor Energy in the Gulf of Mexico. The discharge began in September 2004, when Hurricane Ivan passed through the Gulf of Mexico and the oil and gas production facility collapsed and sank. The United States will seek:

• The recovery of approximately $43 million in removal costs paid by the Oil Spill Liability Trust Fund (the "Fund"), administered by the Coast Guard's National Pollution Funds Center, in response to the oil discharge from Taylor Energy's oil production facility in the MC-20 Block of the Mississippi Canyon area of the Gulf of Mexico, from Taylor Energy as a responsible party under Section 1002(a) of the Oil Pollution Act ("OPA"), 33 U.S.C. § 2702(a), and as an owner or operator of an Outer Continental Shelf facility under OPA Section 1004(c)(3), 33 U.S.C. § 2704(c)(3);

<div style="border:1px solid black; display:inline-block; padding:10px; text-align:center;">

**EXHIBIT**

**A**

</div>

• A declaratory judgment, under the Declaratory Judgment Act, 28 U.S.C. § 2201(a), the OPA, 33 U.S.C. §§ 2702(a), 2704(c)(3), 2705, and 2717(f)(2), and the Clean Water Act ("CWA"), 33 U.S.C. § 1321(f)(4) & (5), against Taylor Energy for all removal costs and damages, including natural resource damages, to be incurred in this action and in any subsequent action or actions; and

• Civil penalties, under Section 311(b)(7) of the CWA, 33 U.S.C. § 1321(b)(7), against Taylor Energy of up to $48,192 per day of violation or $2,100 per barrel of oil that has been discharged; or at least $192,768 per day or up to $5,783 per barrel of oil that has been discharged, to the extent that the discharge of oil was the result of gross negligence or willful misconduct by Taylor Energy.

Before filing these claims, we are extending to you the opportunity to discuss settlement. We are seeking, in settlement of this matter, reimbursement of all costs of removal incurred by the Fund, a commitment to pay future removal costs and damages incurred by the Fund, and payment of an appropriate civil penalty, which takes into account the factors listed in Section 311(b)(8) of the CWA, 33 U.S.C. § 1321(b)(8), including a gravity component appropriate under all the facts and circumstances of the case.

If you are interested in resolving this matter short of litigation, please contact me promptly and we can arrange a meeting.

Sincerely,

*/s/ R. Shea Diaz*
R. Shea Diaz
Richard M. Gladstein
Scott Cernich
Mark Elmer
Samantha Ricci
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-3211
rebecca.diaz@usdoj.gov

cc:     Patricia V. Kingcade
        Heather S. Kennealy
        Attorney Advisors
        U.S. Coast Guard
        2703 Martin Luther King Jr. Ave. Stop 7213
        Washington, DC 20593-7213